THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KATHERINE K. HOLLENBACH, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED W. HOLLENBACH, Appellant.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.